# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# GAINESVILLE DIVISION

**ISSAC GADDY,**

    **Petitioner,**

**v.**                                                   **Case No. 1:20-cv-46-AW-GRJ**

**MARK INCH,**

    **Respondent.**

_____/

## **ORDER**

I have considered the magistrate judge's March 13, 2020, Report and Recommendation. ECF No. 5. No objections have been filed. I have determined that the Report and Recommendation should be adopted. It is ordered:

1. The Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

2. The clerk will enter a judgment that says, "This case is dismissed for lack of jurisdiction."

3. The clerk will close the file.

SO ORDERED on April 21, 2020.

                                                        s/ *Allen Winsor*
                                                        United States District Judge